AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:20-mj-752
Priority Mail Express parcel label number EL218271888US, postmarked )
October 8, 2020, weighing 4 pounds 1 ounce, addressed to Adolfo Baena, 3553 )
Atlantic Ave, Long Beach, CA 90807 with a return address of Aric Baker, 421 )
W Fourth St, Covington, KY 41011 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail Express parcel label number EL218271888US

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| *Code Section* | *Offense Description* |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
| | Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.
☐ Delayed notice ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.
**via electronic means**
Date: **Oct 19, 2020**

Karen L. Litkovitz
**United States Magistrate Judge**

City and state: Cincinnati, Ohio

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003.

1.  I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for southwest Ohio, northern Kentucky, and southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2.  Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery or sender address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

3.  U.S. Postal Inspectors are aware that the State of California is a source location for controlled substances that are regularly mailed to the Commonwealth of Kentucky and the proceeds from the sales of controlled substances are frequently returned to California, via USPS Priority Mail Express and Priority Mail. Based on this information, your affiant routinely reviews parcels and conducts postal database

1

checks for inbound and outbound parcels that exhibit characteristics of parcels suspected of containing controlled substances and/or the proceeds from the sale of controlled substances.

4. On or about October 8, 2020, your affiant learned that Priority Mail Express parcel label number EL218271888US (SUBJECT PARCEL) addressed to Adolfo Baena, 3553 Atlantic Ave, Long Beach, CA 90807 with a return address of Aric Baker, 421 W Fourth St, Covington, KY 41011 was mailed from Covington, Kentucky.

5. Your affiant did a check in Google regarding the addressee address on the SUBJECT PARCEL. According to Google, a UPS Store is located at 3553 Atlantic Ave, Long Beach, CA 90807. UPS stores offer post office box rentals at their locations. Your affiant knows through her training and experience that sometimes an individual will rent a box or uses an address of a business to elude law enforcement and make a parcel appear to be legitimate instead of the use of their residence address.

6. Your affiant did a check in Google regarding the return addresses on the SUBJECT PARCEL. According to Google, a Taco Bell restaurant is located at 421 W Fourth St, Covington, KY 41011.

7. Your affiant did a check in regarding CLEAR regarding the sender name "Aric Baker". CLEAR is a database that is used by law enforcement as a tool to identify person/business and address information. Your affiant was unable to locate "Aric Baker" in Covington, Kentucky.

8. Your affiant contacted the Postal Processing & Distribution Center (P&DC), Cincinnati, Ohio regarding the SUBJECT PARCEL. Your affiant requested the SUBJECT PARCEL be placed in a secure location when it arrived at their facility for processing.

9. On or about October 13, 2020, your affiant obtained the SUBJECT PARCEL from the Cincinnati P&DC.

10. On or about October 15, 2020, your affiant contacted Cincinnati Police Department Officer Jason Ader to arrange for a narcotic canine to check the SUBJECT PARCEL. Officer Ader responded to the U.S. Postal Inspection Service (USPIS) Field office, Cincinnati, Ohio where the parcel was placed in a controlled area and presented to narcotic canine, "Sicaria". "Sicaria" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon the SUBJECT PARCEL. Your affiant knows that Officer Ader and narcotic canine "Sicaria" train regularly and are certified annually

through the Ohio Peace Officer Training Academy. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

11. The SUBJECT PARCEL is further identified as follows: a brown cardboard box 15" x 12" x 10" in size, weighing 4 pounds 1 ounce, bearing label number EL218271888US, postmarked October 8, 2020; see address information below:

**Sender:** Aric Baker
420 W Fourth St
Covington, KY 41011

**Addressee:** Adolfo Baena
3553 Atlantic Ave
Long Beach, CA 90807

12. This information along with the positive alert of narcotic canine "Sicaria" is indicative of a drug package or its proceeds.

13. Based on the information contained herein, your affiant believes that contained in the SUBJECT PARCEL is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

14. The SUBJECT PARCEL is being secured at the USPIS Field Office, Cincinnati, Ohio pending further investigation.

Therefore, a search warrant to open the SUBJECT PARCEL is requested.

Further, your affiant sayeth naught.

_____

Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this __19__ day of __October__, 2020.

_____
Karen L. Litkovitz
United States Magistrate Judge

3



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, Officer Jason Ader am and have been employed by the Cincinnati Police Department since _____. Among other duties, I am currently the assigned handler of narcotics detection canine Sicaria which is trained and certified in the detection of the presence or odor of narcotics described as follows:

marijuana, cocaine, methamphetamine and heroin

On 10-15-20, at the request of Postal Inspector K. O'Neill, I responded to USPIS Cinti Field Office, where Sicaria did alert to and indicate upon: [describe item]

EL218271888US Adolfo Buena 3553 Atlantic Av Long Beach CA 90807 return Aric Baker 420 W Fourth St Covington KY 41011

Which, based upon my training and experience and that of Sicaria indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 10/15/20
(Signature and Date)

_____ 10-15-2020
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009